ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CRJ Management Services, Inc. | )  ASBCA No. 63116 |
| | ) |
| Under Contract No. FA4830-14-M-S009 | ) |

APPEARANCE FOR THE APPELLANT:      Lawrence J. Sklute, Esq.
             Sklute & Associates
             Potomac, MD

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
             Deputy Chief Trial Attorney
            Siobhan Donahue, Esq.
             Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $58,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 17, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____                    _____
RICHARD SHACKLEFORD                        OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63116, Appeal of CRJ
Management Services, Inc., rendered in conformance with the Board's Charter.

      Dated:  January 18, 2023


                      _____
                      PAULLA K. GATES-LEWIS
                      Recorder, Armed Services
                      Board of Contract Appeals